ROYCO REALTY CORPORATION, Respondent, *v.* SIMON W. FARBER, Appellant.

Supreme Court, Appellate Term, First Department, December 20, 1927.

**Judgments — summary judgment — Rules of Civil Practice, rule 113, not applicable to action by judgment creditor under Civil Practice Act, § 684, subd. 3.**

Rule 113 of the Rules of Civil Practice, relating to summary judgment, has no application to an action by a judgment creditor instituted under subdivision 3 of section 684 of the Civil Practice Act.

APPEAL by defendant from order of the Municipal Court, Borough of Manhattan, First District, striking out defendant's answer and awarding judgment to plaintiff.

*Isidor Sachs*, for the appellant.

*Morris J. Bricker*, for the respondent.

PER CURIAM.   Rule 113 of the Rules of Civil Practice is not applicable to a claim arising under an action instituted in accordance with section 684, subdivision 3, of the Civil Practice Act.

Judgment and order reversed, with ten dollars costs to appellant to abide the event, and motion denied.

All concur; present, BIJUR, LEVY and CRAIN, JJ.